IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMELA MOTA, et al.,

    Plaintiffs,

v.                                      CIVIL NO. 98-1479 (RLA)

UNITED STATES OF AMERICA, et al.,

    Defendants.

### FINAL JUDGMENT

Plaintiffs having failed to show cause by the August 15, 1999 deadline set by the Court,[1] it is hereby

ORDERED AND ADJUDGED that the claims asserted against RAUL RIVERA CALLEJAS, his conjugal partnership, and the unknown defendants listed in the complaint be and the same are hereby **DISMISSED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of September, 1999.

                    RAYMOND L. ACOSTA
                United States District Judge

---

[1] See Order Granting Defendant's Motion for Summary Judgment, issued on July 20, 1999 (docket No. 31).

AO 72
(Rev 8/82)